Charles S. Jacobsen, Respondent, v. Elmer Ellsworth, Jr., Also Known as Tiffany Thayer, Appellant.— Order denying defendant's motion for summary judgment under rule 113 of the Rules of Civil Practice on the ground that there are

triable issues presented, unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Dore and Cohn, JJ.